# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  91-cr-00440-WDM-01 |
| | USM Number:  23593-013 |
| JESSE MICHAEL GREENWALD<br>a/k/a Steven L. Wilson | Boston Stanton<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 11/15/04 |
| 2 | Failure to Notify Probation Officer of Change of Residence | 12/01/04 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 26, 2006
Date of Imposition of Judgment

s/ Walker D. Miller
Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge

June 2, 2006
Date

DEFENDANT:  JESSE MICHAEL GREENWALD
CASE NUMBER:  91-cr-00440-WDM-01                                                                Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for twelve (12) months, to run concurrently with Case No. 98-cr-00209-WDM-01. Imprisonment imposed in Case Nos. 91-cr-00440-WDM-01 and 98-cr-00209-WDM-01 are to run concurrently with District of Arizona, Case No. 94-cr-335-PHDX-SMM.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal